USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/20/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
REYES, ET AL.

                               **Plaintiffs,**

     -against-

ADMIRAL SERVICES NY LLC, ET AL.

                               **Defendants.**

------------------------------------------------------------------- x

17-CV-5918 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court has received the settlement agreement and stipulation of dismissal submitted by the parties. Having reviewed it, as well as the accompanying fairness motion, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement.

    Accordingly, pursuant to the stipulation filed by the parties on February 14, 2018 (ECF No. 23, Ex. A), this matter is hereby discontinued with prejudice and without costs or fees as to any party.

**SO ORDERED.**

Dated:    February 20, 2018
             New York, New York

                                               **ANDREW L. CARTER, JR.**
                                             **United States District Judge**